Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
WOLFE & WYMAN LLP
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
CITIMORTGAGE, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| VICTOR TINOCO,<br><br>    Plaintiff,<br><br>v.<br><br>WACHOVIA BANK; WORLD SAVINGS BANK; WELLS FARGO BANK; JOE VILLARREAL PALMA; JOSE V. PALMA, INC.; PRUDENTIAL CALIFORNIA REALTY; REALTY WORLD COUNTYWIDE; VICTORIA MORTGAGE; JOSE REYES; RAMIRO ALCALA; CHICAGO TITLE CO.; INDYMAC BANK; CITIMORTGAGE; ATLAS MORTGAGE SERVICES; ROBERT FERNANDEZ; STEWART TITLE GUARANTY CO.; and DOES 1-100,<br><br>    Defendants. | Case No: 5:09-cv-03363-PVT<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>[L.R. 6-1] |

    TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:

    This Stipulation is made pursuant to Local Rule 6-1 and is made by and between Plaintiff VICTOR TINOCO and Defendant CITIMORTGAGE, INC. (erroneously sued as "CitiMortage") (hereinafter "Citi") by and through their respective counsel of record. Plaintiffs and Citi agree and stipulate as follows:

1  A. On or about July 17, 2009, Citi requested of Plaintiff an extension of time to respond to the Complaint until and including August 10, 2009.

B. On or about July 17, 2009, Plaintiff's counsel agreed to extend Citi's time to respond to the Complaint until and including August 10, 2009.

C. No previous extensions of time have been given to Citi in this matter.

D. This Stipulation does not alter the date of any event or any deadline already fixed by the Court.

WHEREFORE, the parties to this action agree and stipulate that Citi has until and including August 10, 2009 to respond to Plaintiff's Complaint.

DATED: July 17, 2009      WOLFE & WYMAN LLP

By: _____
STUART B. WOLFE
NATILEE S. RIEDMAN
Attorneys for Defendant
**CITIMORTGAGE, INC.**

DATED: July 23, 2009      CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

By: _____
SARAH MARTINEZ
Attorney for Plaintiff
**VICTOR TINOCO**

2
STIPULATION TO EXTEND TIME TO RESPOND
S:\Matters\CitiMtg, Inc.- CMI (1133) (WC)\303 (Tinoco)\Pleadings\TINOCO- Stipulation to Extend Time.doc

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER ON STIPULATION

The Court having reviewed the stipulation of the parties, and good cause appearing therefore, ORDERS that CitiMortgage, Inc. shall have including and until August 10, 2009 to respond to Plaintiff's Complaint in this matter.

IT IS SO ORDERED.

Dated: _____July 27, 2009_____

*Patricia V. Trumbull*
UNITED STATES ×××××××T JUDGE
MAGISTRATE

WOLFE & WYMAN LLP
ATTORNEYS & COUNSELORS AT LAW

**STIPULATION TO EXTEND TIME TO RESPOND**
S:\Matters\CitiMtg, Inc.- CMI (1133) (WC)\303 (Tinoco)\Pleadings\TINOCO- Stipulation to Extend Time.doc