| | |
|---|---|
| 1 | Stuart B. Wolfe (SBN 156471) |
| | Natilee S. Riedman (SBN 257871) |
| 2 | nsriedman@wolfewyman.com |
| | WOLFE & WYMAN LLP |
| 3 | 2175 N. California Blvd., Suite 415 |
| | Walnut Creek, California 94596 |
| 4 | Telephone: (925) 280-0004 |
| | Facsimile:  (925) 280-0005 |
| 5 | |
| 6 | Attorneys for Defendant |
| | CITIMORTGAGE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

VICTOR TINOCO,

　　　　Plaintiff,

v.

WACHOVIA BANK; WORLD SAVINGS BANK; WELLS FARGO BANK; JOE VILLARREAL PALMA; JOSE V. PALMA, INC.; PRUDENTIAL CALIFORNIA REALTY; REALTY WORLD COUNTYWIDE; VICTORIA MORTGAGE; JOSE REYES; RAMIRO ALCALA; CHICAGO TITLE CO.; INDYMAC BANK; CITIMORTGAGE; ATLAS MORTGAGE SERVICES; ROBERT FERNANDEZ; STEWART TITLE GUARANTY CO.; and DOES 1-100,

　　　　Defendants.

Case No. 5:09-cv-03363-PVT

JOINDER IN NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. §1441(b) (Federal Questions)

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PLEASE TAKE NOTICE that defendant STEWART TITLE GUARANTY COMPANY hereby joins in defendant CITIMORTGAGE, INC.'s (erroneously sued as "CitiMortgage") Notice of Removal to this Court of the state court action in the Superior Court of the State of California, for the County of Monterey entitled *Victor Tinoco v. Wachovia Bank, et al.*, case number GNM98683. A true and correct copy of which Complaint is attached to the Notice of Removal as Exhibit A.

| | | |
|---|---|---|
| 1 | DATED: August 20, 2009 | Respectfully submitted, |
| 2 | | WOLFE & WYMAN LLP |
| 3 | | |
| 4 | | By: /s/ |
| 5 | | STUART B. WOLFE |
| 6 | | NATILEE S. RIEDMAN<br>Attorney for Defendant<br>**CITIMORTAGE, INC.** |

I HEREBY CONSENT TO, AND JOIN IN, THE REMOVAL OF THIS ACTION *FROM* THE SUPERIOR COURT TOF THE STATE OF CALIFORNIA FOR MONTEREY COUNTY *TO* THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA FOR THE REASONS STATED IN THE NOTICE OF REMOVAL.

DATED: August 20, 2009

BERLINER COHEN

By: /s/ Nancy J. Johnson
NANCY J. JOHNSON
Attorney for Defendant
**STEWART TITLE GUARANTY COMPANY**