Stuart B. Wolfe (SBN 156471)
Natilee S. Riedman (SBN 257871)
nsriedman@wolfewyman.com
**WOLFE & WYMAN LLP**
2175 N. California Blvd., Suite 415
Walnut Creek, California 94596
Telephone:  (925) 280-0004
Facsimile:   (925) 280-0005

Attorneys for Defendant
**CITIMORTGAGE, INC.**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| VICTOR TINOCO,<br><br>　　　　Plaintiff,<br><br>v.<br><br>WACHOVIA BANK; WORLD SAVINGS BANK; WELLS FARGO BANK; JOE VILLARREAL PALMA; JOSE V. PALMA, INC.; PRUDENTIAL CALIFORNIA REALTY; REALTY WORLD COUNTYWIDE; VICTORIA MORTGAGE; JOSE REYES; RAMIRO ALCALA; CHICAGO TITLE CO.; INDYMAC BANK; CITIMORTGAGE; ATLAS MORTGAGE SERVICES; ROBERT FERNANDEZ; STEWART TITLE GUARANTY CO.; and DOES 1-100,<br><br>　　　　Defendants. | Case No: 5:09-cv-03363-PVT<br><br>**CERTIFICATE OF SERVICE** |

I, Mari A. Bernstine:

　　　I am, and was at the time of the service mentioned in this Declaration, over the age of 18 years, and I am not a party to this cause. My business address is WOLFE & WYMAN LLP, 2175 N. California Blvd., Suite 415, Walnut Creek, CA  94596, Contra Costa County. On **August 21, 2009**, by mail I served the following document(s):

///

---

1

**CERTIFICATE OF SERVICE**

**JOINDER IN NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. SECTION 1441(b) (FEDERAL QUESTIONS)**
**(STEWART TITLE GUARANTY COMPANY)**

☒ **BY MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Walnut Creek, California, in the ordinary course of business, addressed as set forth below:

**SEE ATTACHED SERVICE LIST**

☐ **BY EXPRESS MAIL** as follows: I caused such envelope to be deposited in the U.S. Mail at Walnut Creek, California. The envelope was mailed with Express Mail postage thereon fully prepaid.

☐ **BY CERTIFIED MAIL** as follows: I am "readily familiar" with Wolfe & Wyman LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; such envelope will be deposited with the United States Postal Service on the above date in the ordinary course of business at the business address shown above; and such envelope was placed for collection and mailing, by Certified United States Mail, Return Receipt Requested, on the above date according to Wolfe & Wyman LLP's ordinary business practice.

☐ **BY PERSONAL SERVICE** as follows: I caused a copy of such document(s) to be delivered by hand to the offices of the addressee between the hours of 9:00 A.M. and 5:00 P.M.

☐ **BY OVERNIGHT COURIER SERVICE** as follows: I caused such envelope to be delivered by overnight courier service to the offices of the addressee. The envelope was deposited in or with a facility regularly maintained by the overnight courier service with delivery fees paid or provided for.

☐ **BY FACSIMILE** as follows: I caused such documents to be transmitted to the telephone number of the addressee listed on the attached service list, by use of facsimile machine telephone number. The facsimile machine used complied with California Rules of Court, Rule 2004 and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), a transmission record of the transmission was printed.

☒ **BY ELECTRONIC FILING** as follows: I caused the following parties to be served simultaneously by filing the above listed document(s) with the United States District Court, Northern District of California, Case No. 5:09-cv-03363-PVT: Sarah Martinez – smartinez@crla.org; Austa Wakily – awakily@crla.org; Ilene J. Jacobs – ijacobs@crla.org; bhughes@crla.org; Nancy Johnson – njj@berliner.com; Rebecca Revelez – rebecca.revelez@berliner.com; Michael P. Masuda – mmasuda@nheh.com; Mark C. Carlson – mcc@carlsonlawgroup.com; Roger G. Honey – rgh@carlsonlawgroup.com;

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on August 21, 2009, at Walnut Creek, California.



MARI A. BERNSTINE

**SERVICE LIST**
**TINOCO V. CITIMORTGAGE, INC., et al.**
**UNITED STATES DISTRICT OF CALIFORNIA – NORTHERN DISTRICT**
**CASE NO. 5:09-cv-03363-PVT**
W&W File No. 1133-303
[Revised: August 12, 2009]

| | |
|---|---|
| Maeve Elise Brown, Esq.<br>Housing and Economic Rights Advocates<br>P.O. Box 29435<br>Oakland, CA  94604 | **Attorney for Plaintiff**<br><br>T:  510-271-8443<br>F:  510-868-4521 |
| Teri Elaine Scarlett, Esq.<br>California Rural Legal Assistance, Inc.<br>3 Williams Road<br>Salinas, CA  93905 | **Attorneys for Plaintiff**<br><br>T:  831-757-5221<br>F:  831-757-6212 |
| *Wachovia Bank<br>c/o AFRCT, LLP<br>Attn:  Fred Hickman<br>199 So. Los Robles Avenue, #600<br>Pasadena, CA  91101 | **Defendant**<br><br>T:  626-535-1900<br>F:  626-577-7764 |
| *World Savings Bank<br>c/o AFRCT, LLP<br>Attn:  Fred Hickman<br>199 So. Los Robles Avenue, #600<br>Pasadena, CA  91101 | **Defendant**<br><br>T:  626-535-1900<br>F:  626-577-7764 |
| *Wells Fargo Bank<br>c/o AFRCT, LLP<br>Attn:  Fred Hickman<br>199 So. Los Robles Avenue, #600<br>Pasadena, CA  91101 | **Defendant**<br><br>T:  626-535-1900<br>F:  626-577-7764 |
| IndyMac<br>Becky DeGeorge, Agent for Process<br>CSC Lawyers Incorporating Service<br>2730 Gateway Oaks Drive, Ste. 100<br>Sacramento, CA  95833 | **Defendant** |
| Chicago Title Company<br>Wendy Mayorga, Process Specialist<br>CT Corporation<br>818 West Seventh Street<br>Los Angeles, CA  90017 | **Defendant** |

| | | |
|---|---|---|
| 1 | Stewart Title Guaranty Company | **Defendant** |
| 2 | Geri Kaye, Senior Claims Counsel<br>4780 Chabot Drive, #100 | |
| 3 | Pleasanton, CA 94588 | |
| 4 | IndyMac Bank | **Defendant** |
| 5 | Martin Briseno, AA<br>Federal Deposit Insurance Company | |
| 6 | 25 Jessie Street, #1400<br>San Francisco, CA 94105 | |
| 7 | *Jose Reyes | **Attorneys for Defendant** |
| 8 | c/o Thomas H. Armstrong<br>Law Office of Thomas H. Armstrong | (559) 447-4700 |
| 9 | 5250 N. Palm Avenue, Suite 224<br>Fresno, CA 93704 | |
| 10 | Atlas Mortgage Services, Inc. | **Defendant** |
| 11 | Robert Fernandez, AS<br>247 Main Street | |
| 12 | Salinas, CA 93901 | |
| 13 | Robert Fernandez<br>247 Main Street | **Defendant** |
| 14 | Salinas, CA 93901 | |

*As they have yet to make a first appearance, all Defendants on the mailing list, aside from Jose Reyes, Wachovia Bank, Wells Fargo Bank and World Savings Bank, were served at the addresses set forth in Plaintiff's Proofs of Service.

4
**CERTIFICATE OF SERVICE**
H:\Matters\CitiMtg, Inc.- CMI (1133) (WC)\303 (Tinoco)\Certificate of Service.doc