| | |
|---|---|
| 1  Fred Hickman (#124406) | |
|       fhickman@afrct.com | |
| 2  Lynette Gridiron Winston (#151003) | |
|       lwinston@afrct.com | |
| 3  ANGLIN, FLEWELLING, RASMUSSEN | |
|    CAMPBELL & TRYTTEN, LLP | |
| 4  199 South Los Robles Avenue, Suite 600 | |
| 5  Pasadena, CA  91101 | |
|    Tel: (626) 535-1900; Fax: (626) 577-7764 | |

**IT IS SO ORDERED**
*Judge James Ware*
9/14/2009

Attorneys for Defendant
WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, erroneously named as Wachovia Bank, World Savings Bank and Wells Fargo Bank

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| VICTOR TINOCO, | Case No. C09-03363 JW (PVT) |
|          Plaintiff, | |
|     vs. | |
| WACHOVIA BANK; WORLD SAVINGS BANK; WELLS FARGO BANK; JOE VILLARREAL PALMA; JOSE V. PALMA, INC.; PRUDENTIAL CALIFORNIA REALTY; REALTY WORLD COUNTYWIDE; VICTORIA MORTGAGE; JOSE REYES; RAMIRO ALCALA; CHICAGO TITLE CO.; INDYMAC BANK; CITIMORTGAGE; ATLAS MORTGAGE SERVICES; ROBERT FERNANDEZ; STEWART TITLE GUARANTY CO.; and DOES 1-100, | STIPULATION FOR EXTENSION OF TIME TO RESPOND TO FIRST AMENDED COMPLAINT FOR WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, erroneously named as Wachovia Bank, World Savings Bank and Wells Fargo Bank<br><br>[L.R. 6-1(a)] |
|          Defendants. | |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

   Plaintiff Victor Tinoco and Defendant WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, erroneously named as Wachovia Bank, World

Savings Bank, and Wells Fargo Bank, through their counsel of record, hereby stipulate to extend these defendants time to file their response to the First Amended Complaint to and including October 7, 2009.

IT IS SO STIPULATED.

Dated:  September 3, 2009          CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

                                                                                      By:    /s/ Sarah Martinez
                                                                                               Sarah Martinez, Esq.
                                                                                               smartinez@crla.org
                                            Attorneys for Plaintiff Victor Tinoco

Dated:  September 3, 2009          ANGLIN, FLEWELLING, RASMUSSEN
                                                                  CAMPBELL & TRYTTEN LLP

                                          By:    /s/ Fred Hickman
                                                        Fred Hickman
                                                        fhickman@afrct.com
                                          Attorneys for Defendant
                                          WORLD SAVINGS BANK, FSB, renamed and now known as WACHOVIA MORTGAGE, FSB, erroneously named as Wachovia Bank, World Savings Bank and Wells Fargo Bank

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Fred Hickman, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day, September 3, 2009.

                                                             /s/ Fred Hickman