SARAH MARTINEZ (SBN 261078)
TERI SCARLETT (SBN 132682)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
3 Williams Road
Salinas, CA 93905
Phone:(831)757-5221
Fax: (831)757-6212
smartinez@crla.org
tscarlett@crla.org

ILENE J. JACOBS (SBN 126812)
AUSTA WAKILY (SBN 257424)
CALIFORNIA RURAL LEGAL ASSISTANCE, INC.
511 D Street
Marysville CA, 95377
Phone:(530) 742-7235
Fax:(530) 741-0854
ijacobs@crla.org
awakily@crla.org

MAEVE ELISE BROWN (SBN 137512)
HOUSING AND ECONOMICS RIGHTS ADVOCATES
P.O. Box 29435
Oakland, CA 94604
Phone: (510) 271-8443
Fax: (510) 868-4521
melisebrown@heraca.org

Attorneys for Plaintiff,
Victor Tinoco

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR TINOCO<br><br>Plaintiff,<br>vs.<br><br>WORLD SAVINGS (WACHOVIA); WELLS FARGO BANK; JOE VILLARREAL PALMA; JOSE V. PALMA; PRUDENTIAL REALTY; REALTY WORLD COUNTYWIDE; VICTORIA MORTGAGE; JOSE REYES; RAMIRO ALCALA; CHICAGO TITLE, INDYMAC BANK; CITIMORTGAGE; ATLAS MORTGAGE SERVICES; ROBERT FERNANDEZ; STEWART TITLE GUARANTY CO.; and DOES 1-100,<br><br>Defendants. | Case No.: 5:09-cv-03363-JW (PVT)<br><br>**STIPULATION BETWEEN PLAINTIFF VICTOR TINOCO AND DEFENDANT STEWART TITLE GUARANTY COMPANY FOR SUBSTITUTION OF DEFENDANT AND FOR DISMISSAL OF STEWART TITLE GUARANTY COMPANY, AND [PROPOSED] ORDER**<br><br>[Local Rule 7-12] |

STIPULATION... AND [PROPOSED] ORDER

1

1  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

2      Plaintiff VICTOR TINOCO and Defendant STEWART TITLE GUARANTY

3  COMPANY through their counsel of record stipulate to substitute Defendant STEWART TITLE

4  GUARANTY COMPANY with STEWART TITLE OF CALIFORNIA, INC. Plaintiff agrees to

5  and requests the dismissal of STEWART TITLE GUARANTY COMPANY without prejudice.

6  STEWART TITLE OF CALIFORNIA, INC. agrees to the substitution and is joined as a

7  Defendant as of the date of the initial complaint, filed May 4, 2009, but shall not be deemed to

8  have been served until the issuance of the Order approving this Stipulation. The allegations of the

9  First Amended Complaint directed against STEWART TITLE GUARANTY COMPANY shall

10 be considered to be directed against STEWART TITLE OF CALIFORNIA, INC. and

11 STEWART TITLE OF CALIFORNIA, INC. shall have twenty (20) days from the filing and

12 service of the Order approving this Stipulation to file its response to the First Amended

13 Complaint.

14

15 IT IS SO STIPULATED

16 Date: September 18, 2009    CALIFORNIA RURAL LEGAL ASSISTANCE, INC.

17                                      By:    /s/ Sarah Martinez
                                                  Sarah Martinez, Esq.
18                                                   Smartinez@crla.org
                                                  Attorneys for Plaintiff VICTOR TINOCO
19

20 Dated: September 18, 2009    BERLINER COHEN

21                                      By:    /s/ Nancy J. Johnson
                                                  Nancy J. Johnson, Esq.
22                                                   Nancy.johnson@berliner.com
                                                  Attorneys for Defendant STEWART TITLE GUARANTY
23                                                   COMPANY, a Texas corporation.

24

25 Dated: September 18, 2009    BERLINER COHEN

26                                      By:    /s/ Nancy J. Johnson
                                                  Nancy J. Johnson, Esq.
27                                                   Nancy.johnson@berliner.com
                                                  Attorneys for Defendant STEWART TITLE OF
                                                  CALIFORNIA, INC, a California corporation
28

STIPULATION... AND [PROPOSED] ORDER

1  THE SUBSTITUTION OF PARTIES PURSUANT TO THIS STIPULATION AND THE
2  DISMISSAL WITHOUT PREJUDICE OF STEWART TITLE GUARANTY COMPANY IS SO
3  ORDERED. Defendant Stewart Title of California, Inc is joined as a defendant.  The Defendant shall respond to
4  the First Amended Complaint  by **October 23, 2009 .**

5  Date: _____October 2, 2009_____      _____/s/ James Ware_____
                                           Honorable James Ware

STIPULATION... AND [PROPOSED] ORDER